first district at the October term, 1925. Reversed with a finding of fact. Opinion filed March 2, 1926.

Frances E. Spooner, for appellant.  No appearance for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

**Z. Malauskas, appellee, v. J. A. Kosching, appellant.  Gen. No. 30,553.**

Forcible detainer.  Judgment for plaintiff and writ issued.  Appeal from the Municipal Court of Chicago; the Hon. John J. Lupe, Judge, presiding.  Heard in the first division of this court for the first district at the October term, 1925.  Affirmed.  Opinion filed March 2, 1926.  Rehearing denied March 15, 1926.

Jule F. Brower and Samuel B. King, for appellant.  Anthony A. Olis, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

**Midwestern Company, appellee, v. Warshawsky & Company, appellant.  Gen. No. 30,572.**

Action for goods sold and delivered.  Judgment for plaintiff.  Appeal from the Municipal Court of Chicago; the Hon. William E. Viner, Judge, presiding.  Heard in the first division of this court for the first district at the October term, 1925.  Reversed and remanded.  Opinion filed March 2, 1926.

Fred Plotke and John F. Shea, for appellant.  John F. Shea, of counsel.  Albert Sabath, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

**Seymour E. Henikoff et al., complainants, v. Joseph Lavin et al., defendants.  Max Goldman, cross-complainant, appellee, v. Seymour E. Henikoff et al., cross-defendants, on appeal of Joseph Lavin, appellant.  Gen. No. 30,581.**

Bill to remove cloud on title.  Appeal by cross-defendant from certain parts of decree.  Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding.  Heard in the first division of this court for the first district at the October term, 1925.  Reversed and remanded with directions.  Opinion filed March 2, 1926.

Harold J. Finder, for appellant.  Samuel L. Antonow and Robert D. Melick, for appellee; Laurence M. Fine, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

**The People of the State of Illinois ex rel. John Petrila, appellee, v. City of Chicago et al., appellants.  Gen. No. 30,627.**

Petition for mandamus to compel restoration of license.  Writ issued.  Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding.  Heard in the first division of this court for the first district at the October term, 1925.  Reversed and remanded.  Opinion filed March 2, 1926.

Francis X. Busch, Corporation Counsel, for appellants; Ray S. Gaskill, W. Arnold Amberg and Michael L. Rosinia, Assistant Corporation Counsel, of counsel.  No appearance for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.